```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SIMON ISAKOV,                                                      :
:
               Plaintiff,                              :
:        25-cv-2805 (LJL)
    -v-                                                          :
:        ORDER
LOBEL'S OF NEW YORK, LLC,                                          :
:
               Defendant.                              :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held an initial pretrial conference on June 17, 2025.

      At the conference, Plaintiff indicated an intent to file an amended complaint. Any amended complaint must be filed no later than July 2, 2025. If Plaintiff does not file an amended complaint by that date, Plaintiff's opposition to Defendant's motion to dismiss, Dkt. No. 14, shall be due no later than July 2, 2025.

      Upon consent of the parties, discovery is stayed until the earlier of (1) the date on which Defendant files an answer to the complaint, and (2) the date on which the Court issues an order on Defendant's motion to dismiss. Upon the end of the stay, the parties shall send the Court a letter requesting a case management conference.

      SO ORDERED.

Dated: June 17, 2025
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge