UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SIMON ISAKOV, on behalf of himself and all others similarly situation,

                          Plaintiff,

    v.

LOBEL'S OF NEW YORK, LLC,

                          Defendant.
-----------------------------------------------------------------X

Case No. 1:25-cv-2805 (LJL)

**STIPULATION OF DISMISSAL <u>WITH PREJUDICE</u>**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 2, 2025

_____
Michael H. Cohen, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street
Flushing, NY 11367
O: (844) 731-3343
T: (917) 437-3737
Email: mcohen@ealg.law
*Attorney for Plaintiff*

_____
Craig M. Cepler, Esq.
Denlea & Carton LLP
2 Westchester Park Drive, Suite 410
White Plains, NY 10604
T: (914) 331-0100
Email: ccepler@denleacarton.com
*Attorney for Defendant*